UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARA TILLMAN, individually and on her own behalf,<br><br>     Plaintiff,<br><br>v.<br><br>AVON PRODUCTS, INC.<br><br>     Defendant. | Case No.: 14-cv-7625-JPO<br><br>*Related to Case No.: 1:13-cv-00150-JPO*<br><br>**PROOF OF SERVICE** |

**AFFIDAVIT OF SERVICE OF COMPLAINT ON AVON PRODUCTS, INC.**

Pursuant to Fed. R. Civ. P. 4, Plaintiff served the Class Action Complaint in the above-captioned matter via electronic mail on defendant Avon Products, Inc., and defendant Avon Products, Inc., by and through its attorney Aton Arbisser, Esq., in Los Angeles, California, accepted such service via electronic mail, as of September 26, 2014.

Dated: October 6, 2014     GRANT & EISENHOFER P.A.

             By: /s/ Robert G. Eisler
                Robert G. Eisler
                John C. Kairis
                Kyle J. McGee
                123 Justison Street
                Wilmington, Delaware  19801
                Telephone: (302) 622-7000
                Facsimile: (302) 622-7100

                Adam J. Levitt
                GRANT & EISENHOFER P.A.
                30 North LaSalle Street, Suite 1200
                Chicago, Illinois 60602
                Telephone: (312) 214-0000

James E. Cecchi
Caroline F. Bartlett
Zachary S. Bower
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone:  (973) 994-1700

Roland Tellis
Mark Pifko
Natasha Mehta
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

Lionel Z. Glancy
Marc L. Godino
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Attorneys for Plaintiff and the Putative Classes and Subclasses*

Sergei Lemberg
LEMBERG & ASSOCIATES
1100 Summer Street, Third Floor
Stamford, Connecticut  06905
Telephone: (203) 653-2250

*Of Counsel to Plaintiff*